Exhibit D



# Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-3581
Monday-Thursday 8AM to 10PM ET, Friday 8AM to 7PM ET
1-866-428-0926



Nationwide Credit, Inc. has a Better Business Bureau Rating of A+

| NCI ID: | 7621 |
|---|---|
| Current Creditor: | CHASE BANK USA, N.A. |
| Account Number: | XXXXXXXXXXXX4761 |
| Account Balance: | $1,230.98 |
| Settlement Offer: | $135.40 |
| Date: | 02/10/2018 |

Dear ELIZABETH A WOOD

Nationwide Credit, Inc. sent you a letter, more than thirty (30) days ago, advising you that your past due account was placed with us for collection. The Account Balance as of the date of this letter is shown above.

You can settle this account according to the payment arrangement shown in the table below:

| Payment No. | Payment Received by NCI | Payment Amount | Payment No. | Payment Received by NCI | Payment Amount |
|---|---|---|---|---|---|
| 1 | 02/23/2018 | $45.13 | | | |
| 2 | 03/23/2018 | $45.13 | | | |
| 3 | 04/23/2018 | $45.14 | | | |



myaccount.ncirm.com



- 24-hour Access
- Make or Reschedule a Payment
- Arrange a Settlement
- Change Your Contact Information
- And More...

This offer is contingent upon NCI receiving the payment pursuant to the payment schedule outlined in this letter.

**Secure Online Portal:** myaccount.ncirm.com is available 24 hours a day to schedule payments, negotiate alternatives, manage your account and more!

Login using your NCI ID: 7621 and
Password: Last four digits of your SSN

**Pay by Mail:** Send a check or money order to Nationwide Credit, Inc. PO Box 14581 Des Moines, IA 50306-3581
Reference your NCI ID on your check or money order

**Pay by Phone:** Toll free 1-866-428-0926

If we settle this debt with you for less than the full outstanding balance, Chase may offer you less favorable terms in the future for some Chase products or services, or may deny your application.

Sincerely,

**Nationwide Credit, Inc.**

This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any information obtained will be used for that purpose.

C11
052012/092514

*** Please See Reverse Side of This Letter for Important Consumer Information ***
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window

---

**PERSONAL AND CONFIDENTIAL**
PO Box 10354
Des Moines, IA 50306-0354

20109

002/C11/059/02/10/2018//WI/1.0/20180115

| ACCOUNT NUMBER: | XXXXXXXXXXXX4761 |
|---|---|
| NCI ID: | 7621 |
| ACCOUNT BALANCE: | $1,230.98 |
| AMOUNT ENCLOSED: | |

24-hour account access: https://www.myaccount.ncirm.com
o Change of address: Print New Address on Back

**REMIT TO:**

NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581



70726-13A71***AUTO**MIXED AADC 350
Elizabeth A Wood
3201 S LAKE DR APT 105
Saint Francis WI 53235-3701

01 7621 0

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR OR CONSUMER COLLECTION AGENCY AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**NOTE CHANGES ONLY**

FIRST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  MI ☐

LAST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

ADDRESS ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

CITY ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  HOME PHONE ☐☐☐ ☐☐☐ ☐☐☐☐

STATE ☐☐  ZIP ☐☐☐☐☐ - ☐☐☐☐  WORK PHONE ☐☐☐ ☐☐☐ ☐☐☐☐

00040218